IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Grenbelt Division)

| | |
|---|---|
| In Re:<br><br>Mahalia Jackson<br><br>*Debtor* | Case No.: 23-11722-LSS<br>Chapter 13 |

**MOTION FOR AUTHORITY TO INCUR SECURED DEBT
FOR THE PURPOSE OF MODIFYING MORTGAGE LOAN
(NUNC PRO TUNC AS APPLICABLE TO JUNE 24, 2024)**

Mahalia Jackson, Debtor, by and through undersigned counsel, Eric S. Steiner, and pursuant to 11 U.S.C. § 364(c) and Fed. R. Bankr. Proc. 9013, requests that this Honorable Court grant Order allowing the Debtor to incur secured debt for a loan modification, and in support thereof, states:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. On March 14, 2023 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No. 23-11722.

3. Timothy P. Branigan was appointed Chapter 13 trustee in this matter.

4. The Debtor's home is located at 5504 Sir Douglas Drive, Bryans Road, MD 20616 (the "Property").

5. The Debtor has a first priority senior lien on the Property held by MidFirst Bank (*see* Claim No.: 17).

6. The Debtor has a second priority senior lien on the Property held by MidFirst Bank (*see* Claim No.: 17).

7. The Debtor has qualified for a loan modification with Midland Mortgage, a Division of

MidFirst Bank.

8. The terms for the loan modification, attached hereto as **Exhibit 1**, include the following:

    a. Increasing the principal balance on the loan from $252,929.89 under the current terms to $267,560.66 under the modified terms.

    b. Increasing the interest rate from 8% under the current terms to 7.5% under the modified terms.

    c. Prolonging the maturity date from December 1, 2063 under the current terms to June 1, 2064 under the modified terms.

9. The loan modification does not affect the terms of the confirmed plan in this case, and no creditor or other party will be prejudiced by the Debtor's request.

WHEREFORE, Mahalia Jackson, Debtor, requests that this Honorable Court determine that the loan modification is in the best interest of the Debtor, the Debtor's creditors and the estate, and enter an Order:

1. Granting the Motion;
2. Authorizing the Debtor to incur the loan modification; and
3. Provide such other and further relief as is just and proper.

Respectfully submitted

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July 2024, a copy of the foregoing, Notice, Proposed Order, and any exhibits, was served by the Court's CM/ECF system to:

Timothy P. Branigan
*Chapter 13 Trustee*

I FURTHER CERTIFY that on this 5th day of July 2024, a copy of the foregoing, Notice, Proposed Order, and any exhibits, was served via first-class mail, postage prepaid, to all parties and creditors listed on the attached matrix (other than those served via CM/ECF).

*/s/ Eric S. Steiner*
Eric S. Steiner

```
Label Matrix for local noticing          Ally Bank c/o AIS Portfolio Services, LLC    Capital One Auto Finance, a division of Capi
0416-0                                   4515 N. Santa Fe Ave. Dept. APS              P.O. Box 4360
Case 23-11722                            Oklahoma City, OK 73118-7901                 Houston, TX 77210-4360
District of Maryland
Greenbelt
Thu Feb  1 14:53:55 EST 2024

Charles County, Maryland                 COMPTROLLER OF MARYLAND                      Jeremy K. Fishman
c/o Meyers, Rodbell & Rosenbaum, P.A.    BANKRUPTCY UNIT                              MIDFIRST BANK
6801 Kenilworth Ave., Ste. 400           301 W PRESTON ST ROOM 409                    1401 Rockville Pike
Riverdale Park, MD 20737-1331            BALTIMORE MD 21201-2383                      Suite 650
                                                                                      Rockville, MD 20852-1451


Internal Revenue Service                 JEFFERSON CAPITAL SYSTEMS LLC                LVNV Funding, LLC
Centralized Insolvency Operation         PO BOX 7999                                  Resurgent Capital Services
Post Office Box 7346                     SAINT CLOUD MN 56302-7999                    PO Box 10587
Philadelphia, PA 19101-7346                                                           Greenville, SC 29603-0587


ZENRESOLVE  LLC                          Mariner Finance, LLC                         Mark David Meyer
JEFF BRONSON                             Attn: Bankruptcy                             Rosenberg & Associates, LLC
2770 MISSION RANCHERIA RD #315           8211 Town Center Drive                       4340 East West Highway
LAKEPORT CA 95453-9612                   Nottingham, MD 21236-5904                    Suite 600
                                                                                      Bethesda, MD 20814-4411


Midland Mortgage                         NAVY FEDERAL CREDIT UNION                    National Commercial Services
c/o Jeremy K. Fishman                    P O BOX 3000                                 6644 Valjean Ave., Suite 100
1401 Rockville Pike, Suite 650           MERRIFIELD, VA 22119-3000                    Van Nuys, CA 91406-5816
Rockville MD 20852-1451


Navient Solutions, LLC. on behalf of     PORTFOLIO RECOVERY ASSOCIATES LLC            Quantum3 Group LLC as agent for
 Ascendium Education Solutions Inc       PO BOX 41067                                 Genesis FS Card Services Inc
PO BOX 8961                              NORFOLK VA 23541-1067                        PO Box 788
Madison, WI 53708-8961                                                                Kirkland, WA  98083-0788
```