IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re:<br><br>Mahalia Jackson<br><br>*Debtor* | Case No.: 23-11722-LSS<br>Chapter 13 |

**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING MORTGAGE LOAN**
**(NUNC PRO TUNC AS APPLICABLE TO JUNE 24, 2024)**

Upon consideration of the Debtor's Motion for Authority to Incur Secured Debt for the Purposes of Modifying Mortgage Loan, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED**, that the Debtor is authorized to enter into a modification of an existing secured loan agreement, according to the terms set out in the Motion; and it is further

**ORDERED**, that this Order makes no changes to the terms of the confirmed plan in this case, and any plan modification must be affected by separate motion and order pursuant to Section 1329 of the U.S. Bankruptcy Code; and it is further

**ORDERED,** that this Order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification, and it is further

**ORDERED,** that upon the finalization of the loan modification, the Debtor shall

immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

cc: Debtor
    Debtor's Counsel
    Timothy P. Branigan – Chapter 13 Trustee
    U.S. Trustee
    All creditors and parties in interest

**END OF ORDER**