

**A division of MidFirst Bank**

JUNE 4, 2024

MAHALIA JACKSON
5504 SIR DOUGLAS DRIVE
BRYANS ROAD MD 20616

# Read, sign and return.

Please return the enclosed documents to us by
JUNE 21, 2024

Dear Homeowner:

Enclosed are your COVID-19 loan modification documents. Please follow the steps below and return two signed and notarized copies of the completed documents to our office by JUNE 21, 2024.

1. Follow the instructions on the next page exactly, or the documents may be rejected.
2. Read, sign and date two copies of the enclosed documents in front of a notary.
3. Return two signed and notarized copies to us.

**Mailing and return instructions:**

*By Overnight Courier (UPS, FedEx, Etc.)*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
999 N.W. Grand Boulevard, Suite 100
Oklahoma City, OK 73118

*By US Mail*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
P.O. Box 268806
Oklahoma City, OK 73126-8806

The basic terms of your current mortgage loan and the modified terms are as outlined below.

|  | **CURRENT TERMS** | **MODIFIED TERMS** |
|---|---|---|
| Principal Balance | $252,929.89 | $267,560.66 |
| Interest Rate | 8.0000% | 7.5000% |
| Maturity Date | DECEMBER 1, 2063 | JUNE 1, 2064 |
|  | **CURRENT PAYMENT** | **MODIFIED PAYMENT** |
| Principal and Interest Payment | $1,759.16 | $1,760.74 |
| Escrow Payment | $703.73 | $659.01[1] |
| Total Payment | $2,462.89 | $2,419.75 |

[1] – *Subject to change at next Escrow Analysis*

**The signed and notarized documents must be returned by JUNE 21, 2024**; however, if a foreclosure sale has been scheduled on your property, then you must return the documents to Midland at least 48 hours prior to your scheduled foreclosure sale. Failure to return the documents will prevent your loan modification from being approved, and the collection and/or foreclosure process may proceed without further notice to you.

**Your first payment under the Loan Modification Agreement in the amount of $2,419.75 is due on or before JULY 1, 2024.** You may send your first payment with the signed Loan Modification Agreements. Please be aware that failure to timely return all required documents may disqualify you from the program and will prevent your Loan Modification from being approved. In such a case, the collection and/or foreclosure process may proceed without further notice to you. A loan modification may extend the term of the loan, or, in some cases, increase the payment amount. Please read the plan documents carefully, make sure you understand the modified terms, and contact us with any questions. By signing this agreement, you are confirming that you have the ability to make the modified Monthly Payment.

We report the status of the loan, including a loan modification, to credit reporting bureaus. Mortgage payment assistance plans may adversely affect credit scores. For more information about credit scores, go to



consumer.ftc.gov.

If you have any questions, please call 800-552-3000 Monday – Friday 8 a.m. to 7 p.m. or Saturday 9 a.m. to 1 p.m. Central time.

Sincerely,

Midland Mortgage, a division of MidFirst Bank

**Notice:** If your loan was in default when MidFirst Bank obtained it, and you have not filed bankruptcy or received a discharge of the debt secured by the Mortgage/Deed of Trust, we are required to inform you that this communication is from a debt collector. If you have received a bankruptcy discharge of the debt secured by the Mortgage/Deed of Trust, or you are currently in bankruptcy under the protection of an automatic stay, this letter is not an attempt to collect the debt from you personally and is for informational purposes only.

**Notice to Connecticut and North Carolina Residents:** The purpose of this communication is to collect a debt.

**Notice to Vermont Residents:** This is an attempt to collect a debt and any information obtained will be used for that purpose.



**A division of MidFirst Bank**



# Read These Instructions Before Signing Your Plan Documents

## Helpful tips and reminders:

✓ Please follow these directions exactly or your mortgage assistance plan could be delayed!
✓ Two sets of the Loan Modification Agreement are enclosed.
  Both will be returned to Midland using the mailing information below.
✓ USE BLACK INK ONLY, or your plan documents may be delayed or rejected.
✓ Do not change the documents in any way. Please call 800-552-3000 with any questions about the documents or the details of your mortgage assistance plan.

### Instructions for document signers:

☐ Sign all copies of the Loan Modification in front of a notary.
☐ Sign names in black ink on all sets of documents exactly as they appear - don't forget middle initials, middle names, Jr./Sr., etc.
☐ Sign both sets of documents in all places where names appear.

### Instructions for the notary:

☐ Use black ink for the notary stamp and signature.
☐ Complete the date of acknowledgement.
☐ List your notary expiration date.
☐ Include your notary stamp and/or seal on the acknowledgement pages.
☐ Ensure the notary seal is in a blank space and does not cover text or signatures.

| _By Overnight Courier (UPS, FedEx, Etc.)_ | _By US Mail_ |
|---|---|
| Midland Mortgage - A Division of MidFirst Bank | Midland Mortgage - A Division of MidFirst Bank |
| Attn: MAC | Attn: MAC |
| 999 N.W. Grand Boulevard, Suite 100 | P.O. Box 268806 |
| Oklahoma City, OK 73118 | Oklahoma City, OK 73126-8806 |

*57494272*

This Document Prepared By:
**RETA THOMPSON**
**MIDFIRST BANK, A FEDERALLY CHARTERED**
**SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

When Recorded Mail To:
**FIRST AMERICAN TITLE**
**DTO REC., MAIL CODE: 4002**
**4795 REGENT BLVD**
**IRVING, TX 75063**

**Tax/Parcel #: 07-058411**
_____ [Space Above This Line for Recording Data] _____
**Original Principal Amount: $284,747.00**          **FHA/VA/RHS  Case No.:** ▮▮▮▮▮▮
**Unpaid  Principal Amount: $252,929.89**          **Loan No: (scan barcode)**
**New Principal Amount: $267,560.66**
**New Money (Cap):  $14,630.77**

# LOAN MODIFICATION AGREEMENT (DEED OF TRUST)
## PRINCIPAL RESIDENCE

This Loan Modification Agreement ("Agreement"), made this **4TH** day of **JUNE,  2024**, between **MAHALIA  JACKSON** ("Borrower"), whose address is **5504 SIR DOUGLAS  DRIVE,  BRYANS ROAD, MARYLAND  20616** and **MIDFIRST  BANK, A FEDERALLY CHARTERED  SAVINGS ASSOCIATION** ("Lender"), whose address is **501 N.W. GRAND  BLVD, OKLAHOMA  CITY,  OK 73118**, amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **APRIL  10, 2017** and recorded on **APRIL  20, 2017** in **BOOK 9800  PAGE 498**, of the **OFFICIAL**  Records of **CHARLES  COUNTY,  MARYLAND**,  and (2) the Note **bearing  the same date  as**, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**5504 SIR DOUGLAS  DRIVE,  BRYANS ROAD, MARYLAND  20616**

HUD Modification Agreement 02042024_45



(Property Address)

the real property described is located in **CHARLES County, MARYLAND** and being set forth as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of, **JUNE 1, 2024** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$267,560.66**, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest and other amounts capitalized, which is limited to escrows, and any legal fees and related foreclosure costs that may have been accrued for work completed, in the amount of U.S. **$14,630.77**.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **7.5000%**, from **JUNE 1, 2024**. The Borrower promises to make monthly payments of principal and interest of U.S. **$1,760.74**, beginning on the **1ST** day of **JULY, 2024**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on **JUNE 1, 2064** (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

4. The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:
   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and
   (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. **If the Borrower has, since inception of this loan but prior to this Agreement, received a discharge in a Chapter 7 bankruptcy, and there having been no valid reaffirmation of the underlying debt, by entering into this Agreement, the Lender is not attempting to re-establish any personal liability for the underlying debt.**

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the

HUD Modification Agreement 02042024_45



Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

HUD Modification Agreement 02042024_45



In Witness Whereof, I have executed this Agreement.

Borrower: **MAHALIA JACKSON**

_6 -24- 24_
**Date**

_____[Space Below This Line for Acknowledgments]_____

## BORROWER ACKNOWLEDGMENT

STATE OF MARYLAND
COUNTY OF Charles

Personally appeared before me, a Notary Public, in and for said county and state, on this ___24___ day of
_____June_____, 20 24, the within named, personally appeared **MAHALIA JACKSON**, known to me,
or satisfactorily proven, to be the person whose name is subscribed to the within instrument and who
acknowledges that he/she/they (circle one) executed the same for the purposes therein contained.

_____This notarial act involved a remotely located individual and the use of communication technology.

Notary Public (signature)

Notary Print Name: Alexis C. Hawkins

My Commission expires: 05/28/2027

Prepared by:
RETA THOMPSON
MIDFIRST BANK, A FEDERALLY CHARTERED
SAVINGS ASSOCIATION
501 N.W. GRAND BLVD
OKLAHOMA CITY, OK 73118

RECORD AND RETURN TO:
FIRST AMERICAN TITLE
DTO REC., MAIL CODE: 4002
4795 REGENT BLVD
IRVING, TX 75063

ALEXIS C HAWKINS
NOTARY PUBLIC
CHARLES COUNTY
MARYLAND
My Commission Expires 05-28-2027

HUD Modification Agreement 02042024_45



Page 4

In Witness Whereof, the Lender has executed this Agreement.

**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

_____                                   _____
By                                          (print name)                                                    Date
                                            (title)

_____ [Space Below This Line for Acknowledgments] _____

**LENDER ACKNOWLEDGMENT**

**STATE OF** _____
**COUNTY OF** _____

The instrument was acknowledged before me on _____ (date) by
_____ , as _____ of **MIDFIRST BANK, A**
**FEDERALLY CHARTERED SAVINGS ASSOCIATION.**

_____This notarial act was an online notarial act.


_____
Notary Public


Printed Name: . _____

My commission expires: _____

**THIS DOCUMENT WAS PREPARED BY:**
**RETA THOMPSON**
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

HUD Modification Agreement 02042024_45

Page 5

## EXHIBIT A

**BORROWER(S):  MAHALIA JACKSON**

**LOAN NUMBER:  (scan barcode)**

**LEGAL DESCRIPTION:**

**The land referred to in this document is situated in the CITY OF BRYANS ROAD, COUNTY OF CHARLES, STATE OF MARYLAND, and described as follows:**

**LOT NUMBERED ONE HUNDRED SIXTY-SIX (166), IN THE SUBDIVISION KNOWN AS "PLAT 1, SECTION 7, SOUTH HAMPTON", AS PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF CHARLES COUNTY, MARYLAND, IN PLAT BOOK DGB 46, AT PLAT 313; BEING IN THE 7TH ELECTION DISTRICT OF SAID COUNTY.**

**ALSO KNOWN AS: 5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND 20616**



Date: **JUNE 4, 2024**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

Borrower: **MAHALIA JACKSON**

Property Address: **5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND   20616**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

Borrower: **MAHALIA JACKSON**

$6 - 24 - 24$
**Date**

02042024_45

Date: **JUNE 4, 2024**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

Borrower: **MAHALIA JACKSON**

Property Address: **5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND 20616**

## ERRORS AND OMISSIONS COMPLIANCE AGREEMENT

In consideration of **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the correction of, any clerical errors made in any document or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

Borrower: **MAHALIA JACKSON**

**6-24-24**
**Date**

## State of Maryland Land Instrument Intake Sheet

☐ Baltimore City   ☐ County: **CHARLES**

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office only.*

**(Type or Print in Black Ink Only-All Copies Must Be Legible)**

*Space Reserved for Circuit Court Clerk Recording Validation*

| 1 | Type(s) of Instruments | (☐ Check Box if Addendum Intake Form is Attached.) | | | |
|---|---|---|---|---|---|
| | | Deed | Mortgage | Modification | Other_____ |
| | | Deed of Trust | Lease | | |

| 2 | Conveyance Type Check Box | Improved Sale | Unimproved Sale | Multiple Accounts | Not an Arms |
|---|---|---|---|---|---|
| | | Arms-Length *[1]* | Arms-Length *[2]* | Arms-Length *[3]* | Length Sale *[9]* |

| 3 | Tax Exemptions (if Applicable) Cite or Explain Authority | Recordation | |
|---|---|---|---|
| | | State Transfer | |
| | | County Transfer | |

| 4 | Consideration and Tax Calculations | Consideration Amount | | | Finance Office Use Only | |
|---|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ | | Transfer and Recordation Tax Consideration | |
| | | Any New Mortgage | $ | | Transfer Tax Consideration | $ |
| | | Balance of Existing Mortgage | $ | | X ( ) % = | $ |
| | | Other: | $ | | Less Exemption Amount - | $ |
| | | | | | Total Transfer Tax = | $ |
| | | Other: | $ | | Recordation Tax Consideration | $ |
| | | | | | X ( ) per $500 = | $ |
| | | Full Cash Value | $ | | TOTAL DUE | $ |

| 5 | Fees | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| | | Recording Charge | $ | $ | |
| | | Surcharge | $ | $ | Tax Bill: |
| | | State Recordation Tax | $ | $ | |
| | | State Transfer Tax | $ | $ | C.B. Credit: |
| | | County Transfer Tax | $ | $ | |
| | | Other | $ | $ | Ag. Tax/Other: |
| | | Other | $ | $ | |

| 6 | Description of Property SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in the Real Property Article Section 3-104(g)(3)(i). | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LO G |
|---|---|---|---|---|---|---|---|
| | | | 07-058411 | | | | ☐ (5) |
| | | Subdivision Name | | Lot(3)a | Block (3)b | Sect/AR(3c) | Plat Ref. | SqFt/Acreage (4) |

*(continuation of box 6)*

Location/Address of Property Being Conveyed (2)

Other Property Identifiers (if applicable) — Water Meter Account No.

Residential ☐ or Non-Residential ☐   Fee Simple ☐ or Ground Rent ☐ Amount:

Partial Conveyance? ☐ Yes ☐ No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

| 7 | Transferred From | Doc. 1-Grantor(s) Name(s) | Doc. 2-Grantor(s) Names(s) |
|---|---|---|---|
| | | MAHALIA JACKSON | |
| | | Doc. 1-Owner(s) of Record, if Different from Grantor(s) | Doc. 2-Owner(s) of Record, if Different from Grantor(s) |

| 8 | Transferred To | Doc. 1-Grantee(s) Name(s) | Doc. 2-Grantee(s) Name(s) |
|---|---|---|---|
| | | MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION | |
| | | New Owner's (Grantee) Mailing Address | |

| 9 | Other Names to be Indexed | Doc. 1-Additional Names to be Indexed (Optional) | Doc. 2-Additional Names to be Indexed (Optional) |
|---|---|---|---|
| | | | |

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ☐ Return to Contact Person |
|---|---|---|---|
| | | Name:  LOSS MITIGATION TITLE | |
| | | FIRST AMERICAN TITLE | |
| | | Firm:  DTO REC., MAIL CODE: 4002 | ☐ Hold for Pickup |
| | | Address:  4795 REGENT BLVD | |
| | | IRVING, TX 75063 | ☐ Return Address Provided |

**11  IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

| Assessment Information | ☐ Yes | ☐ No Will the property being conveyed be the grantee's principal residence? |
|---|---|---|
| | ☐ Yes | ☐ No Does transfer include personal property? If yes, identify: |
| | ☐ Yes | ☐ No Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only - Do Not Write Below This Line**

| Terminal Verification | | Agricultural Verification | | Whole | Part | Tran. Process Verification | |
|---|---|---|---|---|---|---|---|
| Transfer Number: | | Date Received: | | Deed Reference: | | Assigned Property No.: | |
| Year | | Geo | | Map | | Sub | Block |
| Land | | Zoning | | Grid | | Plat | Lot |
| Buildings | | Use | | Parcel | | Section | Occ. Cd. |
| Total | | Town Cd. | | Ex. St. | | Ex. Cd. | |
| REMARKS: | | | | | | | |

Distribution  *White - Clerk's Office*
*Canary - SDAT*
*Pink - Office of Finance*
*Goldenrod - Preparer*



**First American**
MORTGAGE SOLUTIONS

Order Number: **15721083**



Type:

Borrower: **MAHALIA JACKSON**

Property Address: **5504 SIR DOUGLAS DRIVE**
**BRYANS ROAD, MD, 20616**

Client: **MIDLAND MORTGAGE**

Loc/Cust Number: **LMTS - TITLESMART - 1348.10**

Client Code: **06/01/2024**

**Please keep as the Cover Page when returning documents**



**/// MIDLAND MORTGAGE**

*A division of MidFirst Bank*

JUNE 4, 2024

MAHALIA JACKSON
5504 SIR DOUGLAS DRIVE
BRYANS ROAD MD 20616

# Read, sign and return.

Please return the enclosed documents to us by
JUNE 21, 2024

Dear Homeowner:

Enclosed are your COVID-19 loan modification documents. Please follow the steps below and return two signed and notarized copies of the completed documents to our office by JUNE 21, 2024.

1.  Follow the instructions on the next page exactly, or the documents may be rejected.
2.  Read, sign and date two copies of the enclosed documents in front of a notary.
3.  Return two signed and notarized copies to us.

**Mailing and return instructions:**

*By Overnight Courier (UPS, FedEx, Etc.)*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
999 N.W. Grand Boulevard, Suite 100
Oklahoma City, OK 73118

*By US Mail*
Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
P.O. Box 268806
Oklahoma City, OK 73126-8806

The basic terms of your current mortgage loan and the modified terms are as outlined below.

|  | CURRENT TERMS | MODIFIED TERMS |
|---|---|---|
| Principal Balance | $252,929.89 | $267,560.66 |
| Interest Rate | 8.0000% | 7.5000% |
| Maturity Date | DECEMBER 1, 2063 | JUNE 1, 2064 |
|  | CURRENT PAYMENT | MODIFIED PAYMENT |
| Principal and Interest Payment | $1,759.16 | $1,760.74 |
| Escrow Payment | $703.73 | $659.01[1] |
| Total Payment | $2,462.89 | $2,419.75 |

[1] – *Subject to change at next Escrow Analysis*

**The signed and notarized documents must be returned by JUNE 21, 2024**; however, if a foreclosure sale has been scheduled on your property, then you must return the documents to Midland at least 48 hours prior to your scheduled foreclosure sale. Failure to return the documents will prevent your loan modification from being approved, and the collection and/or foreclosure process may proceed without further notice to you.

**Your first payment under the Loan Modification Agreement in the amount of $2,419.75 is due on or before JULY 1, 2024.** You may send your first payment with the signed Loan Modification Agreements. Please be aware that failure to timely return all required documents may disqualify you from the program and will prevent your Loan Modification from being approved. In such a case, the collection and/or foreclosure process may proceed without further notice to you. A loan modification may extend the term of the loan, or, in some cases, increase the payment amount. Please read the plan documents carefully, make sure you understand the modified terms, and contact us with any questions. By signing this agreement, you are confirming that you have the ability to make the modified Monthly Payment.

We report the status of the loan, including a loan modification, to credit reporting bureaus. Mortgage payment assistance plans may adversely affect credit scores. For more information about credit scores, go to



consumer.ftc.gov.

If you have any questions, please call 800-552-3000 Monday – Friday 8 a.m. to 7 p.m. or Saturday 9 a.m. to 1 p.m. Central time.

Sincerely,

Midland Mortgage, a division of MidFirst Bank

**Notice:** If your loan was in default when MidFirst Bank obtained it, and you have not filed bankruptcy or received a discharge of the debt secured by the Mortgage/Deed of Trust, we are required to inform you that this communication is from a debt collector. If you have received a bankruptcy discharge of the debt secured by the Mortgage/Deed of Trust, or you are currently in bankruptcy under the protection of an automatic stay, this letter is not an attempt to collect the debt from you personally and is for informational purposes only.

**Notice to Connecticut and North Carolina Residents:** The purpose of this communication is to collect a debt.

**Notice to Vermont Residents:** This is an attempt to collect a debt and any information obtained will be used for that purpose.



**A division of MidFirst Bank**



# Read These Instructions Before Signing Your Plan Documents

## Helpful tips and reminders:

✓ Please follow these directions exactly or your mortgage assistance plan could be delayed!
✓ Two sets of the Loan Modification Agreement are enclosed.
  Both will be returned to Midland using the mailing information below.
✓ USE BLACK INK ONLY, or your plan documents may be delayed or rejected.
✓ Do not change the documents in any way. Please call 800-552-3000 with any questions about the documents or the details of your mortgage assistance plan.

## Instructions for document signers:

☐ Sign all copies of the Loan Modification in front of a notary.
☐ Sign names in black ink on all sets of documents exactly as they appear - don't forget middle initials, middle names, Jr./Sr., etc.
☐ Sign both sets of documents in all places where names appear.

## Instructions for the notary:

☐ Use black ink for the notary stamp and signature.
☐ Complete the date of acknowledgement.
☐ List your notary expiration date.
☐ Include your notary stamp and/or seal on the acknowledgement pages.
☐ Ensure the notary seal is in a blank space and does not cover text or signatures.

_By Overnight Courier (UPS, FedEx, Etc.)_

Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
999 N.W. Grand Boulevard, Suite 100
Oklahoma City, OK 73118

_By US Mail_

Midland Mortgage - A Division of MidFirst Bank
Attn: MAC
P.O. Box 268806
Oklahoma City, OK 73126-8806

*57494272*

This Document Prepared By:
**RETA THOMPSON**
**MIDFIRST BANK, A FEDERALLY CHARTERED**
**SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

When Recorded Mail To:
**FIRST AMERICAN TITLE**
**DTO REC., MAIL CODE: 4002**
**4795 REGENT BLVD**
**IRVING, TX 75063**

**Tax/Parcel #: 07-058411**

_____ [Space Above This Line for Recording Data] _____

**Original Principal Amount: $284,747.00**          **FHA/VA/RHS Case No.:** 
**Unpaid Principal Amount: $252,929.89**            **Loan No: (scan barcode)**
**New Principal Amount: $267,560.66**
**New Money (Cap): $14,630.77**

## LOAN MODIFICATION AGREEMENT (DEED OF TRUST)
### PRINCIPAL RESIDENCE

    This Loan Modification Agreement ("Agreement"), made this **4TH** day of **JUNE, 2024**, between **MAHALIA JACKSON** ("Borrower"), whose address is **5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND 20616** and **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION** ("Lender"), whose address is **501 N.W. GRAND BLVD, OKLAHOMA CITY, OK 73118**, amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **APRIL 10, 2017** and recorded on **APRIL 20, 2017** in **BOOK 9800 PAGE 498**, of the **OFFICIAL** Records of **CHARLES COUNTY, MARYLAND**, and (2) the Note **bearing the same date as**, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

        **5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND 20616**

HUD Modification Agreement 02042024_45

(Property Address)

the real property described is located in **CHARLES County, MARYLAND** and being set forth as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of, **JUNE 1, 2024** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$267,560.66**, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest and other amounts capitalized, which is limited to escrows, and any legal fees and related foreclosure costs that may have been accrued for work completed, in the amount of U.S. **$14,630.77**.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **7.5000%**, from **JUNE 1, 2024**. The Borrower promises to make monthly payments of principal and interest of U.S. **$1,760.74**, beginning on the **1ST** day of **JULY, 2024**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on **JUNE 1, 2064** (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

4. The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:
   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and
   (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. **If the Borrower has, since inception of this loan but prior to this Agreement, received a discharge in a Chapter 7 bankruptcy, and there having been no valid reaffirmation of the underlying debt, by entering into this Agreement, the Lender is not attempting to re-establish any personal liability for the underlying debt.**

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the

HUD Modification Agreement 02042024_45



Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

HUD Modification Agreement 02042024_45



In Witness Whereof, I have executed this Agreement.

Borrower: **MAHALIA JACKSON**

6 - 24 - 24
Date

_____[Space Below This Line for Acknowledgments]_____

## BORROWER ACKNOWLEDGMENT

STATE OF MARYLAND
COUNTY OF Charles

Personally appeared before me, a Notary Public, in and for said county and state, on this __24__ day of
_____June_____, 20 24, the within named, personally appeared **MAHALIA JACKSON**, known to me,
or satisfactorily proven, to be the person whose name is subscribed to the within instrument and who
acknowledges that he/she/they (circle one) executed the same for the purposes therein contained.

_____This notarial act involved a remotely located individual and the use of communication technology.

Notary Public (signature)
Notary Print Name: Alexis C. Hawkins
My Commission expires: 05/28/2027

Prepared by:
RETA THOMPSON
MIDFIRST BANK, A FEDERALLY CHARTERED
SAVINGS ASSOCIATION
501 N.W. GRAND BLVD
OKLAHOMA CITY, OK 73118

RECORD AND RETURN TO:
FIRST AMERICAN TITLE
DTO REC., MAIL CODE: 4002
4795 REGENT BLVD
IRVING, TX 75063

```
ALEXIS C HAWKINS
NOTARY PUBLIC
CHARLES COUNTY
MARYLAND
My Commission Expires 05-28-2027
```



In Witness Whereof, the Lender has executed this Agreement.

**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

_____          _____
By                                    (print name)                                Date
                                      (title)

_____ [Space Below This Line for Acknowledgments] _____

**LENDER ACKNOWLEDGMENT**

STATE OF _____
COUNTY OF _____

The instrument was acknowledged before me on _____ (date) by
_____, as _____ of **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**.

_____ This notarial act was an online notarial act.

_____
Notary Public

Printed Name: _____

My commission expires: _____

**THIS DOCUMENT WAS PREPARED BY:**
**RETA THOMPSON**
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**
**501 N.W. GRAND BLVD**
**OKLAHOMA CITY, OK 73118**

## EXHIBIT A

**BORROWER(S): MAHALIA JACKSON**

**LOAN NUMBER: (scan barcode)**

**LEGAL DESCRIPTION:**

**The land referred to in this document is situated in the CITY OF BRYANS ROAD, COUNTY OF CHARLES, STATE OF MARYLAND, and described as follows:**

**LOT NUMBERED ONE HUNDRED SIXTY-SIX (166), IN THE SUBDIVISION KNOWN AS "PLAT 1, SECTION 7, SOUTH HAMPTON", AS PER PLAT THEREOF RECORDED AMONG THE LAND RECORDS OF CHARLES COUNTY, MARYLAND, IN PLAT BOOK DGB 46, AT PLAT 313; BEING IN THE 7TH ELECTION DISTRICT OF SAID COUNTY.**

**ALSO KNOWN AS: 5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND 20616**



Date: **JUNE 4, 2024**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

Borrower: **MAHALIA JACKSON**

Property Address: **5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND 20616**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

Borrower: **MAHALIA JACKSON**                              $\frac{6-24-24}{\text{Date}}$

02042024_45

Date: **JUNE 4, 2024**
Loan Number: **(scan barcode)**
Lender: **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

Borrower: **MAHALIA JACKSON**

Property Address: **5504 SIR DOUGLAS DRIVE, BRYANS ROAD, MARYLAND 20616**

## ERRORS AND OMISSIONS COMPLIANCE AGREEMENT

In consideration of **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION**

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the correction of, any clerical errors made in any document or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

Borrower: **MAHALIA JACKSON**

$6 - 24 - 24$
**Date**



Page 8

**State of Maryland Land Instrument Intake Sheet**

☐ Baltimore City   ☐ County: **CHARLES**

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office only.*

**(Type or Print in Black Ink Only-All Copies Must Be Legible)**

Space Reserved for Circuit Court Clerk Recording Validation

| 1 | **Type(s) of Instruments** | ☐ Check Box if Addendum Intake Form is Attached.) | | | |
|---|---|---|---|---|---|
| | | Deed | Mortgage | Modification | Other |
| | | Deed of Trust | Lease | | |

| 2 | **Conveyance Type** Check Box | Improved Sale Arms-Length *[1]* | Unimproved Sale Arms-Length *[2]* | Multiple Accounts Arms-Length *[3]* | Not an Arms Length Sale *[9]* |
|---|---|---|---|---|---|

| 3 | **Tax Exemptions** (if Applicable) Cite or Explain Authority | **Recordation** | | |
|---|---|---|---|---|
| | | **State Transfer** | | |
| | | **County Transfer** | | |

| 4 | **Consideration and Tax Calculations** | **Consideration Amount** | | **Finance Office Use Only** | |
|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ | **Transfer and Recordation Tax Consideration** | |
| | | Any New Mortgage | $ | **Transfer Tax Consideration** | $ |
| | | Balance of Existing Mortgage | $ | X ( ) % = | $ |
| | | Other: | $ | **Less Exemption Amount** - | $ |
| | | | | **Total Transfer Tax** = | $ |
| | | Other: | $ | **Recordation Tax Consideration** | $ |
| | | | | X ( ) per $500 = | $ |
| | | Full Cash Value | $ | **TOTAL DUE** | $ |

| 5 | **Fees** | **Amount of Fees** | Doc. 1 | Doc. 2 | **Agent:** |
|---|---|---|---|---|---|
| | | Recording Charge | $ | $ | |
| | | Surcharge | $ | $ | **Tax Bill:** |
| | | State Recordation Tax | $ | $ | |
| | | State Transfer Tax | $ | $ | **C.B. Credit:** |
| | | County Transfer Tax | $ | $ | |
| | | Other | $ | $ | **Ag. Tax/Other:** |
| | | Other | $ | $ | |

| 6 | **Description of Property** SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in the Real Property Article Section 3-104(g)(3)(i). | **District** | **Property Tax ID No. (1)** | **Grantor Liber/Folio** | **Map** | **Parcel No.** | **Var. LOG** |
|---|---|---|---|---|---|---|---|
| | | 07-058411 | | | | | ☐ (5) |
| | | **Subdivision Name** | | Lot(3)a | Block (3)b | Sect/AR(3c) | Plat Ref. | SqFt/Acreage (4) |
| | | | **Other Property Identifiers (if applicable)** | | | **Water Meter Account No.** | |
| | | **Residential** ☐   **or Non-Residential** ☐ | | **Fee Simple** ☐   **or Ground Rent** ☐ | **Amount:** | | |
| | | **Partial Conveyance?** ☐ Yes   ☐ No | | Description/Amt. of SqFt/Acreage Transferred: | | | |

If Partial Conveyance, List Improvements Conveyed:

| 7 | **Transferred From** | **Doc. 1-Grantor(s) Name(s)** | **Doc. 2-Grantor(s) Names(s)** |
|---|---|---|---|
| | | **MAHALIA JACKSON** | |
| | | Doc. 1-Owner(s) of Record, if Different from Grantor(s) | Doc. 2-Owner(s) of Record, if Different from Grantor(s) |

| 8 | **Transferred To** | **Doc. 1-Grantee(s) Name(s)** | **Doc. 2-Grantee(s) Name(s)** |
|---|---|---|---|
| | | **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION** | |
| | | **New Owner's (Grantee) Mailing Address** | |

| 9 | **Other Names to Be Indexed** | Doc. 1-Additional Names to be Indexed (Optional) | Doc. 2-Additional Names to be Indexed (Optional) |
|---|---|---|---|

| 10 | **Contact/Mail Information** | **Instrument Submitted By or Contact Person** | ☐ Return to Contact Person |
|---|---|---|---|
| | | Name: **LOSS MITIGATION TITLE** | |
| | | **FIRST AMERICAN TITLE** | |
| | | Firm: **DTO REC., MAIL CODE: 4002** | ☐ Hold for Pickup |
| | | Address: **4795 REGENT BLVD** | |
| | | **IRVING, TX 75063** | ☐ Return Address Provided |

**11   IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

| | ☐ Yes | ☐ No | Will the property being conveyed be the grantee's principal residence? |
|---|---|---|---|
| | ☐ Yes | ☐ No | Does transfer include personal property? If yes, identify: |
| **Assessment Information** | ☐ Yes | ☐ No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only - Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number: | Date Received: | Deed Reference: | | Assigned Property No.: |
| Year | Geo | Map | Sub | Block |
| Land | Zoning | Grid | Plat | Lot |
| Buildings | Use | Parcel | Section | Occ. Cd. |
| Total | Town Cd. | Ex. St. | Ex. Cd. | |
| REMARKS: | | | | |

Distribution  White - Clerk's Office
Canary - SDAT
Pink - Finance of Finance
Goldenrod - Preparer