| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 23-11722<br>District of Maryland<br>Greenbelt<br>Thu Feb  1 14:53:55 EST 2024 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Charles County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Ste. 400<br>Riverdale Park, MD 20737-1331 | COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Jeremy K. Fishman<br>MIDFIRST BANK<br>1401 Rockville Pike<br>Suite 650<br>Rockville, MD 20852-1451 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| ZENRESOLVE  LLC<br>JEFF BRONSON<br>2770 MISSION RANCHERIA RD #315<br>LAKEPORT CA 95453-9612 | Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mark David Meyer<br>Rosenberg & Associates, LLC<br>4340 East West Highway<br>Suite 600<br>Bethesda, MD 20814-4411 |
| Midland Mortgage<br>c/o Jeremy K. Fishman<br>1401 Rockville Pike, Suite 650<br>Rockville MD 20852-1451 | NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA 22119-3000 | National Commercial Services<br>6644 Valjean Ave., Suite 100<br>Van Nuys, CA 91406-5816 |
| Navient Solutions, LLC. on behalf of<br> Ascendium Education Solutions Inc<br>PO BOX 8961<br>Madison, WI 53708-8961 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |