**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| MAHALIA E. JACKSON, : | Case No. 23-1-1722-LSS |
| : | Chapter 13 |
| Debtor. : | |
| : | |

**TRUSTEE'S RESPONSE TO**
**SECOND MOTION TO MODIFY MORTGAGE LOAN**

Timothy P. Branigan, trustee in the above-captioned case, responds to the Motion for Authority to Incur Secured Debt etc.  The Trustee does not oppose the relief requested.  If the pre-petition mortgage arrears are to be wrapped into the new loan, the plan should be amended accordingly.  Plan confirmation will be considered separately.  The Debtor should file a new Schedule J to reflect the new circumstances.

Respectfully submitted,

July 10, 2024

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

- 2 -

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Eric Steiner, Esq.

I caused a copy of the foregoing to be sent on July 10, 2024 by first-class U.S. mail, postage prepaid to:

Mahalia Jackson
5504 Sir Douglas Drive
Bryans Road, MD  20616

                                                /s/ Timothy P. Branigan
                                       Timothy P. Branigan (Fed. Bar No. 06295)