Entered: July 11th, 2024
Signed: July 11th, 2024
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(at Greenbelt)

| | |
|---|---|
| In re: | : |
| | : |
| MAHALIA E. JACKSON, | : Case No. 23-1-1722-LSS |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**SECOND ORDER AUTHORIZING LOAN MODIFICATION**

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify an existing secured loan for real property, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor(s) is/are authorized to enter into a modification of an existing secured loan agreement according to the terms set out in the motion; and it is further

- 2 -

**ORDERED**, that the terms of the confirmed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

**ORDERED**, that this order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification; and it is further

**ORDERED**, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

copies to:

Debtor
Chapter 13 Trustee
All Creditors and Parties in Interest

**END OF ORDER**