United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-11722-LSS
Mahalia E. Jackson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 3
Date Rcvd: Jul 11, 2024      Form ID: pdfall      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mahalia E. Jackson, 5504 Sir Douglas Drive, Bryans Road, MD 20616-6026 |
| 32230702 | + | Charles County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| 32206305 | + | Midland Mortgage Co, c/o Jeremy K. Fishman, 1401 Rockville Pike, Suite 650, Rockville, MD 20852-1451 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 19:29:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2024 19:16:00 | U.S. Bank National Association, as trustee, on beh, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 32206291 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 11 2024 19:16:00 | Ability Recovery Services LLC, Attn: Bankruptcy, 284 Main St, Dupont, PA 18641-1960 |
| 32262715 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 19:28:48 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32206292 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 19:15:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 32206293 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jul 11 2024 19:15:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 32206294 | + | Email/Text: bk@avant.com | Jul 11 2024 19:16:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 32206295 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 11 2024 19:16:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 32206298 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 11 2024 19:15:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411 |
| 32206639 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 11 2024 19:15:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32206296 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 11 2024 19:18:03 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 32234706 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 19:18:21 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 32206297 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 19:28:46 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 32206299 | + | Email/Text: convergent@ebn.phinsolutions.com | | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdfall | Total Noticed: 40 |

| Recipient ID | | Delivery method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 11 2024 19:16:47 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 32206300 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2024 19:18:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 32206301 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 11 2024 19:16:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 32206302 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 19:16:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32262499 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 11 2024 19:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32234296 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 19:18:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32206303 | + | Email/Text: Documentfiling@lciinc.com | Jul 11 2024 19:15:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 32206306 | | Email/Text: EBN@Mohela.com | Jul 11 2024 19:15:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 32206304 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 11 2024 19:15:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 32335104 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 11 2024 19:17:47 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 32214890 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 11 2024 19:16:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32206307 | + | Email/Text: printrequests@ncssubro.com | Jul 11 2024 19:16:00 | National Commercial Services, 6644 Valjean Ave., Suite 100, Van Nuys, CA 91406-5816 |
| 32206309 | + | Email/PDF: pa_dc_claims@navient.com | Jul 11 2024 19:28:48 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 32215557 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 11 2024 19:15:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 32206311 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 11 2024 19:16:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 32206313 | + | Email/PDF: cbp@omf.com | Jul 11 2024 19:28:48 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 32206312 | + | Email/PDF: cbp@omf.com | Jul 11 2024 19:18:12 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 32249709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2024 19:18:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 32237271 | | Email/Text: bnc-quantum@quantum3group.com | Jul 11 2024 19:16:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 32206641 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 11 2024 19:16:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32206314 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:28:58 | Syncb/regency Furnitur, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32206315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 19:17:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32206640 | ^ | MEBN | Jul 11 2024 19:11:20 | Taxing Authority of, Charles County-Treasurer, PO Box 2150, La Plata, MD 20646-2150 |
| 32217471 | | Email/Text: ZenResolve@ebn.phinsolutions.com | Jul 11 2024 19:16:00 | Lendumo in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdfall | Total Noticed: 40 |
| TOTAL: 37 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lendumo in care of ZenResolve |
| 32206308 | | National Commerical Services, INVALID ADDRESS PROVIDED |
| 32207070 | | U.S. Department of Housing and Urban Development, INVALID ADDRESS PROVIDED |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32256799 | *+ | Midland Mortgage, c/o Jeremy K. Fishman, 1401 Rockville Pike, Suite 650, Rockville MD 20852-1451 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Jeremy K. Fishman | dbh@awbflaw.com  esf@awbflaw.com,jkf@awbflaw.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 4

Entered: July 11th, 2024
Signed: July 11th, 2024

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | |
|---|---|
| In re: | : |
| | : |
| MAHALIA E. JACKSON, | :    Case No. 23-1-1722-LSS |
| | :    Chapter 13 |
|                   Debtor. | : |
| | : |

### SECOND ORDER AUTHORIZING LOAN MODIFICATION

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify an existing secured loan for real property, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor(s) is/are authorized to enter into a modification of an existing secured loan agreement according to the terms set out in the motion; and it is further

**ORDERED**, that the terms of the confirmed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

**ORDERED**, that this order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification; and it is further

**ORDERED**, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

copies to:

Debtor
Chapter 13 Trustee
All Creditors and Parties in Interest

**END OF ORDER**